# FILED

08/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0176

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No.: DA 21-0176

ELIZABETH STROOCK,

      Plaintiff and Appellant,

and

ALEXANDER SIRR and ELISABETH SIRR, husband and wife, JOHN DOES 1-5, and JANE DOES 1-5,

      Defendants and Appellees.

**ORDER**

APPELLANT moves, unopposed, for a thirty day extension to file her opening brief on appeal.  Appellees do not object to the motion.  The Court finds cause to grant Appellant's Third Motion for Extension to File Opening Brief.

**WHEREFORE, IT IS HEREBY ORDERED** that Appellant shall file her opening brief by September 22, 2021.

SO ORDERED this ___ day of August, 2021.

/s/_____
Montana Supreme Court Justice

Page 1 of 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 19 2021